**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300, Fax (818) 990-2903

**DAVTYAN LAW FIRM, INC.**
EMIL DAVTYAN, Esq. (SBN 299363)
emil@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Tel: (818) 875-2008, Fax: (818) 722-3974

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| MICHAEL FENSKE, an individual, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>FRESENIUS USA MANUFACTURING, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 5:21-cv-00367-JWH-SP<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(e) AND 41(a)(1)** |

**WHEREAS**, Pursuant to Rules 23(e) and 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MICHAEL FENSKE ("Plaintiff") and Defendant FRESENIUS USA MANUFACTURING, INC. (the "Parties"), jointly stipulate to voluntary dismissal of the above-captioned action including all causes of action, allegations, and prayers for relief, with prejudice as to Plaintiff and without prejudice as to the putative members of the Proposed Class as defined below;

**WHEREAS**, on or about March 1, 2021, Plaintiff filed a Complaint against FRESENIUS USA MANUFACTURING, INC. in the United States District Court, Central District of California, entitled *MICHAEL FENSKE, on behalf of himself and others similarly situated v. FRESENIUS USA MANUFACTURING, INC.*, Case No. 5:21-cv-00367-JWH-SP (C.D. Cal.), alleging that Defendant violated the Fair Credit Reporting Act ("FCRA") for failure to make proper disclosures and failure to obtain proper authorization pursuant to 15 U.S.C. §1681b(b)(2)(A)(i)-(ii) (the "Litigation");

**WHEREAS**, in the Litigation, the Proposed Class is defined as: "All employees in the United States who filled out FRESENIUS USA MANUFACTURING, INC.'s standard "Authorization Form for Consumer Reports or Investigative Consumer Reports" form any time during the period beginning five (5) years prior to the filing of this action to the present." (the "Proposed Class");

**WHEREAS**, after the matter was at hand, the Parties engaged in settlement negotiations;

**WHEREAS**, the Parties have come to an agreement to settle Plaintiff's individual claims;

**WHEREAS**, Plaintiff now seeks to dismiss the above-captioned action including all causes of action, allegations, and prayers for relief, with prejudice as to his individual claims and without prejudice as to the putative members of the Proposed Class;

**WHEREAS**, Plaintiff's Counsel does not represent any other individual

meeting the class definition and is not aware of any other individual that wishes to pursue the claims alleged in this action;

**WHEREAS**, as the putative class allegations are being dismissed without prejudice, the rights of the unnamed members of the Proposed Class are not prejudiced and they are free to bring any suit that they choose in the future;

**WHEREAS**, Plaintiff's Counsel is not aware of anyone who is relying on the pendency of this action to protect their interests';

**WHEREAS**, A [Proposed] Order Granting Voluntary Dismissal Pursuant to F.R.C.P. 23(e) and 41(a)(1) is being concurrently filed with the Clerk of this Court.

Plaintiff and Defendant, through undersigned counsel, stipulate and agree (1) to the dismissal *with prejudice* of all claims by Plaintiff against Defendant, and (2) to the dismissal *without prejudice* of all claims asserted by the putative class against Defendant. Each party to this stipulation shall bear her/its own costs, including attorneys' fees.

DATED: December 10, 2021    KINGSLEY & KINGSLEY, APC

By: _____
Kelsey M. Szamet
Attorneys for Plaintiff

DATED: December 10, 2021    FISHER & PHILLIPS LLP

By: */s/* Nathan K. Low
Collin D. Cook
Nathan K. Low
Attorneys for Defendant