JS-6

**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300, Fax (818) 990-2903

**DAVTYAN LAW FIRM, INC.**
EMIL DAVTYAN, Esq. (SBN 299363)
emil@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Tel: (818) 875-2008, Fax: (818) 722-3974

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| MICHAEL FENSKE, an individual, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>FRESENIUS USA MANUFACTURING, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO. 5:21-cv-00367-JWH-SPx<br><br>**ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(e) AND 41(a)(1)** |

Pursuant to Plaintiff MICHAEL FENSKE's request for Voluntary Dismissal under Federal Rule of Civil Procedure 23(e) and 41(a)(1), it is hereby **ORDERED** as follows:

1. This action is **DISMISSED with prejudice**, pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure, with respect to plaintiff's individual claims against defendant FRESENIUS USA MANUFACTURING, INC.

2. This action is **DISMISSED without prejudice**, pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure, with respect to the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

3. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: December 10, 2021

_____
John W. Holcomb
United States District Judge